**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DIANE L. HARTUNG,                      :     No. 844 MAL 2016
                                       :
                     Respondent        :
                                       :     Petition for Allowance of Appeal from
                                       :     the Order of the Superior Court
          v.                           :
                                       :
                                       :
BRUCE W. EBERTS,                       :
                                       :
                     Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.